In the Matter of the Petition of WARREN CRUIKSHANK, Appellant, for an Order Canceling Liquor Tax Certificate No. 2,901, Issued to HENRY HESTERBERG, Respondent.

*Matter of Cruikshank*, 82 App. Div. 645, affirmed.
(Submitted October 7, 1903; decided October 27, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 27, 1903, which affirmed an order of Special Term denying a petition for an order canceling and revoking a liquor tax certificate.

*George C. Case* for appellant.

*Hugo Hirsh* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.